1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD
   12 WILLIAMSBURG LANE
3  CHICO, CALIFORNIA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244
   E-Mail: esdceast@hubslaw.com
5
   Attorneys for Plaintiff Lary Feezor
6

7  RAY L. WONG, SBN: 84193
   DUANE MORRIS LLP
8  ONE MARKET, SPEAR TOWER, SUITE 2000
   SAN FRANCISCO, CALIFORNIA 94105
9  Telephone: (415) 957-3000
   Facsimile: (415) 957-3001
10 E-mail: RLWomg@DuaneMorris.com

11 Attorney for Defendant

12

13

14

15                     UNITED STATES DISTRICT COURT

16                     EASTERN DISTRICT OF CALIFORNIA

17 LARY FEEZOR                          Case No. 2:09-CV-01911-LKK-CMK

18      Plaintiff,

19 v.                                   **STIPULATION OF DISMISSAL AND ORDER THEREON**

20 WENDY'S INTERNATIONAL
   INCORPORATED dba WENDY'S #009051,
21
        Defendants.
22 _____/

23

24

25

26

27

28

Stipulation of Dismissal and [Proposed] Order Thereon           *Feezor v Wendy's Int'l Incop., et al*
                                                                2:09-CV-01911-LKK-CMK

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, LARY FEEZOR, and defendants, WENDY'S INTERNATIONAL INCORPORATED dba WENDY'S #009051, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: March 22, 2010                    DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: March 22, 2010                    DUANE MORRIS LLP

*/s/ Ray L. Wong*
RAY L. WONG
Attorney for Defendant

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:09-CV-01911-LKK-CMK, is hereby dismissed with prejudice.

Dated: March 23, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT